# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| JOHN JAIRO SANCHEZ DIAZ,<br><br>Petitioner,<br><br>v.<br><br>THE UNITED STATES OF AMERIA,<br><br>Respondent. | Civ. No. 2:21-15884 (WJM)<br><br>**ORDER** |

**WILLIAM J. MARTINI, U.S.D.J.:**

This matter having come before the Court on Petitioner's *pro se* motion to vacate, set aside, or correct his sentence pursuant to 28 U.S.C. § 2255 ("2255 Motion"), ECF No. 1; Respondent United States having filed opposition, ECF No. 5; and the Court having considered the submissions of both parties; for the reasons discussed in the accompanying Opinion and for good cause shown;

IT IS on this 21 day of December 2021, hereby

**ORDERED** that Petitioner's § 2255 Motion, ECF No. 1, is **DENIED WITH PREJUDICE**; and

**IT IS FURTHER ORDERED** that no certificate of appealability shall issue, 28 U.S.C. § 2253(c)(2); and

**IT IS FURTHER ORDERED** that the Clerk shall mark this matter as **CLOSED**.

WILLIAM J. MARTINI, U.S.D.J.